UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

12 OCT 30 AM 8:53

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    vs.<br><br>ETHAN LEVI MORGAN,<br><br>                Defendant. | CASE NO. 12CR0535-CAB<br><br>**JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

_X_   the Court has granted the motion of the Government for dismissal, without prejudice; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

_X_   of the offense(s) as charged in the Indictment/Information:

        TITLE 18, U.S.C., SECS. 751(a) and 4082(a) - ESCAPE

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: OCTOBER 29, 2012

                                                Cathy Ann Bencivengo
                                               U.S. District Judge